Douglas Glynn PAYTON, Administrator of the Estate of Sheryl Lynn Payton, deceased, et al., Plaintiffs-Appellants,

v.

The UNITED STATES of America, Defendant-Appellee.

No. 79-2052.

United States Court of Appeals, Fifth Circuit.
Unit B

June 16, 1981.

Edward L. Hardin, Jr., Leon Kelly, Jr., Birmingham, Ala., for plaintiffs-appellants.

Emilia M. DeMeo, Trial Atty., Eloise E. Davies, U.S. Dept. of Justice, Washington, D.C., Civil Division, for defendant-appellee.

ON PETITION FOR REHEARING AND PETITION FOR REHEARING EN BANC

(Opinion February 2, 1981, 5 Cir., 1981, 636 F.2d 132).

Before GODBOLD, Chief Judge, RONEY, TJOFLAT, HILL, FAY, VANCE, KRAVITCH, FRANK M. JOHNSON, JR., HENDERSON, HATCHETT, ANDERSON, and THOMAS A. CLARK, Circuit Judges.

BY THE COURT:

A member of this Administrative Unit of the Court in active service having requested a poll on the application for rehearing en banc and a majority of the judges in this Administrative Unit in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the cause shall be reheard by this Administrative Unit of the Court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.

* Judge Henderson is recused and did not participate in this decision.